IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA STEVENSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>    Defendant. | **Old Case No. 1:06cv0487 OWW DLB**<br>**New Case No. 1:06cv0487 OWW SMS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:06cv0487 OWW SMS**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

   Dated:   April 28, 2006              /s/ Dennis L. Beck
9b0hie                          UNITED STATES MAGISTRATE JUDGE

1