GLENN L. BRIGGS (SB# 174497)
E-mail: gbriggs@hbwllp.com
S. SEAN SHAHABI (SB# 204710)
E-mail: sshahabi@hbwllp.com
ERIN M. HELLER (SB# 217759)
E-mail: eheller@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant,
TARGET CORPORATION

Juan M. Falcon (SB# 177400)
JUAN M. FALCON & ASSOCIATES, INC.
262 North Fulton Street
Fresno, CA  93701
Telephone:  (559) 499-2626
Facsimile:  (559) 499-2622

Attorneys for Plaintiff
VICTORIA STEVENSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA STEVENSON,<br><br>   Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION and DOES 1 through 50, inclusive,<br><br>   Defendants. | CASE NO. 1:06-CV-00487 OWW SMS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

DATED: May __, 2007          GLENN L. BRIGGS
                             ERIN M. HELLER
                             HODEL BRIGGS WINTER LLP


                             By: _____
                                       ERIN M. HELLER

                             Attorneys for Defendant
                             TARGET CORPORATION


DATED: May __, 2007          LAW OFFICES OF JUAN M. FALCON


                             By: _____
                                       JUAN M. FALCON

                             Attorney for Plaintiff
                             VICTORIA STEVENSON

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: ____6/18/2007___        ____/s/ Oliver W.Wanger_____
                               United States District Court Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com